# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to **time served**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Jeff Cheney** | Reg. No. 03467-029 |
| **Marquis Dargon** | Reg. N0. 48887-018 |
| **Jennings Gilbert** | Reg. No. 03600-032 |
| **Dwayne L. Harrison** | Reg. No. 10030-043 |
| **Reginald Dinez Johnson** | Reg. No. 28720-044 |
| **Sharon King** | Reg. No. 84532-054 |
| **Hector Madrigal, Sr.** | Reg. No. 58420-179 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 19, 2021**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Rodney Nakia Gibson** | Reg. No. 17161-171 |
| **Javier Gonzales** | Reg. No. 08882-046 |
| **Traie Tavares Kelly** | Reg. No. 16467-171 |
| **Isaac Nelson** | Reg. No. 18406-171 |
| **Luis Fernando Sicard** | Reg. No. 87846-079 |
| **Monstsho Eugene Vernon** | Reg. No. 97158-071 |
| **Tom Leroy Whitehurst** | Reg. No. 24584-044 |

I hereby further commute the total sentence of imprisonment imposed upon **Matthew Antoine Canady**, Reg. No. 08722-030, to expire on **January 19, 2023**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Dwayne Phelps, aka Dewayne Phelps**, Reg. No. 09136-028, to expire on **January 19, 2023**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons, as soon as practicable, to make its Residential Drug Treatment Program available to the said **Dwayne Phelps, aka Dewayne Phelps**.

I hereby further commute the total sentence of imprisonment imposed upon **Mario Claiborne**, Reg. No. 02227-424, to a term of **420 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant to effect the terms of release set forth herein with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of January in the year of our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**