Sharon King
2759 Cruger Avenue
Bronx New York 10467
Case # 06 cr 311

**MEMO ENDORSED**

February 28, 2022

Honorable Kenneth Karas:

I am hereby submitting this letter to the court for consideration of early termination from supervised release.

I was convicted in August 2008 and sentenced to 180 months of incarceration for conspiracy to distribute Cocaine and Marijuana; Using and Carrying a Firearm during and relation to a drug trafficking crime.

I was released from prison to Brooklyn halfway house in May 2020 after serving 12 years and 9 months. I began supervised release on January 19, 2021, after receiving clemency from President Trump. I have completed all the terms of my supervision including my financial obligations.

Pursuant to 18 U.S.C. 3583 (e)(1) of the United States Code the court is authorized to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the court is "satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

I have maintained steady employment, residence, and family tides. I have been employed since August 3, 2020, to current with Nutriplates at 219-18 Horace Harding Expressway located in Bayside Queens New York. I reside at 2759 Cruger Avenue Bronx New York 10467 since my release.

I am a mother of three. My oldest and two grandchildren live in the State of Ohio whom I am not able to see on a regular basis due to the restriction of my supervised release. My eldest daughter attends Binghamton University, and I am unable to visit her at her school or bring her back when she gets breaks to come home due to my supervision.

My youngest is graduating in June and going off to college in August. I would like to be able to be more actively involved in my children's lives. I missed out on so many family activities and job opportunities due to not being able to travel freely.

I was convicted of a serious crime and my experience in the system has changed me profoundly and set me on a stable path that I'm on today. I have completed every condition required of me and I have gone far beyond the requirements of supervised release.

I am actively involved in a parenting skills group trying to rebuild a relationship with my children and joining other parents learning coping skills on how to deal with my mentalI have also been in family and one on one therapy

I have fully reintegrated into society and am a valued worker, family member and citizen. I have a thousand regrets for my actions and I am asking for a second chance to live a full productive life for myself and my children.

Your Honor terminating my supervised release would enable me to better support my family physically, mentally and financially. I am a Head Chef and I have passed up several job opportunities for a higher paying salary due to my restrictions of not being able to travel freely.

Given my positive response with reentry into the community and my performance thus far on supervised release. I respectfully request that the Court order my supervision be terminated under 18 U.S.C.3583.

Attached, Please find letters in support of my early release termination from supervised release from:

Jacqueline King (sister)
Jaleel King (son)
Donashia Dewar (daughter)
Shadonia Dewar (daughter)
Taneika Spenser (childhood friend)
Kimberly Thomas (childhood friend)
Lisa Edmond (friend)
Shaun Snell (friend)
Maggie Ruan (employer)

The Government is to respond to this application by 3/23/22. The Clerk is to mail a copy of this memo endorsed letter to Ms. King.

So Ordered.

*[signature]*

3/9/22

Respectfully Submitted
Sharon King

*[signature: Sharon King]*